IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JAVIER JORDAN                                                                                                    PLAINTIFF

v.                                        Case No. 4:25-cv-4005

LT. KAREN GHORMLEY, Nevada
County Jail                                                                                                        DEFENDANT

## ORDER

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Christy D. Comstock, United States Magistrate Judge for the Western District of Arkansas. ECF No. 10. Judge Comstock recommends that Plaintiff's Amended Complaint (ECF No. 4) be dismissed without prejudice for failure to prosecute this matter and for failure to obey Orders of the Court. Plaintiff has not objected to the R&R, and the time to do so has passed. *See* Local Rule 7.2(b).

Upon review, finding no clear error on the face of the record and that Judge Comstock's reasoning is sound, the Court adopts the R&R (ECF No. 10) in toto. Accordingly, Plaintiff's Amended Complaint (ECF No. 4) is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 11th day of June, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge